## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Peggy Kuo__　　　　　　　DATE: __10/13/22__

DOCKET NUMBER: __22CR458(LDH)__　　Log #: __9:32 - 10:11__

DEFENDANT'S NAME: __Changgui Huang__
　　　　✓ Present　　___ Not Present　　✓ Custody　　___ Bail

DEFENSE COUNSEL: __Jeffrey Pittell__
　　　　___ Federal Defender　　✓ CJA　　___ Retained

A.U.S.A: __Benjamin Weintraub__　　　　CLERK: __Felix Chin__

INTERPRETER: __Lisa Lv / Wai Moi__　　(Language) __Mandarin__

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.　___ Defendant's first appearance.

✓ Bond set at __$120,000__. Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

1 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __10/13/22__ Stop __11/14/22__

✓ Rule 5f warnings given to the govt.　___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __11/14/22__ @ __9:30__ before Judge __D. Arcy-Hall__

Other Rulings: _____