

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BW/MG/RB                                  *271 Cadman Plaza East*
F. #2021R00629                            *Brooklyn, New York 11201*

September 14, 2023

<u>By ECF</u>

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Jin Hua Zhang, et al.
>         <u>Criminal Docket No. 22-CR-458 (LDH)</u>

Dear Judge Hall:

The government writes to provide a status update in response to the Court's order dated September 13, 2023. Since the parties last appeared before the Court for a status conference on April 11, 2023, the government has continued to produce discovery to the defendants and has continued to engage in meaningful plea negotiations with a number of defendants. The government is still in the process of producing discovery and will continue to produce discovery expeditiously. The government has conferred with counsel for the defendants and the parties respectfully request that the Court schedule a status conference in 60 days. The parties respectfully request an exclusion of time under the Speedy Trial Act from September 14, 2023 until the date of the next status conference in order to enable the parties to continue these plea discussions and the government to continue to produce discovery.

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/ Benjamin Weintraub
        Benjamin Weintraub
        Assistant U.S. Attorney
        (718) 254-7000

cc:    Clerk of Court (LDH)
        All defense counsel of record