# EXHIBIT A

**Dear Honorable Judge,**

Greetings! I am the wife of Changgui Huang, and I am writing this letter to plead for leniency on his behalf. I fully understand that his actions have violated the law, but I still sincerely ask that you consider showing him mercy in your judgment.

First, I want to tell you that my husband, Mr. Changgui Huang , has always been a kind, filial, and responsible person. He has consistently upheld his duties to our family and has been the pillar of our household. However, the mistake he made this time was entirely the result of being misled by others and going down the wrong path. His ignorance of the law and his misjudgment of others led him into this difficult situation.

Seeing his current state fills me with deep pain and helplessness. As he faces getting sentenced and possible imprisonment, my daughter and I are also about to lose our financial support. Our family is under immense economic and emotional pressure, and my daughter and I often find it difficult to sleep because of the stress.

His father has recently developed several complications from diabetes and has been hospitalized  multiple times, with more hospitalizations expected in the future. The medical expenses ahead  are extremely high, plunging our already struggling family into unprecedented hardship. All the  burdens have fallen onto my husband alone. Due to the anxiety, I have even developed  depression and wanted to end my life many times, but I couldn't bear it when I saw my young  child and elderly parents.

What I want to express to you is that my husband now deeply understands the seriousness of his mistake. He regrets his actions every day and has realized the consequences of his ignorance of the law. I often see in his eyes a deep sorrow and regret that words cannot describe.

Our family needs him. Our daughter needs her father's love and presence. His father needs his care and support. In our daughter's eyes, her father has always been a heroic figure. I sincerely beg you to give him a chance to correct his mistake, to allow him to make amends and to continue fulfilling his responsibilities to our family.

Finally, I would like to express my heartfelt gratitude. I understand that this letter may not change everything, but I still hope that you will consider a lighter sentence and judge this case fairly, giving Changgui Huang a chance to turn his life around. We are willing to fully cooperate with any investigation and help him return to the right path as soon as possible.

Thank you once again for taking the time to read this letter. I look forward to your response and wish you good health.

Sincerely,
**Lihua Lin**

尊敬的法官: 您好! 我是黄昌贵的妻子,这封信是为他求情所写的.我深知他的行为已触犯了法律,但我仍然恳请您能够对他给予宽大处理。首先,我要向您陈述我的丈夫黄昌贵先生一直是一个善良孝顺有责任心的人, 他始终坚守着家庭的责任和义务,是我们全家的顶梁柱.然而,这次他所犯的错误完全是因为被人误导而走上的歧途,他对法律的无知和对人性的误解让他陷入了困境, 当我看到他现在的状况时,我的内心充满了痛苦和无助,他面临着判刑和牢狱之灾,我和我的女儿也将失去经济来源,这个家庭面临着巨大的经济压力和精神压力, 我和女儿常常因此而无法入睡, 他的父亲近期因糖尿病引发了各种并发症,已经多次住院治疗,之后还需

要反复的入院治疗, 接下来的治疗费用更是高昂, 让我们这个本就拮据的家庭陷入了前所未有的困境, 所有的重担都落在他一个人身上。我为此焦虑已患上抑郁症, 多次想结束自己的生命, 但是看到年幼的孩子和年迈的父母, 我又忍不下心。我想向您表达的是,我的丈夫已经深刻地意识到了自己的错误.他每天都对自己的行为感到后悔也认识到了自己对法律的无知所带来的后果.我常常看到他的眼神中透露出了无尽的悲伤和懊悔,这种感受我无法用言语来形容. 我们的家庭需要他,女儿也需要爸爸的关爱,他父亲也需要他的帮助, 在女儿的心中爸爸一直都是伟大的形象.我恳请您能够给予他一个改过自新的机会,让他能够弥补犯下的错误, 让他能继续承担起家庭的责任和义务。 最后,向您表达我的感激之情.我知道这封信可能无法改变一切,但我仍然希望您从轻处理,公正审理此案,给予黄昌贵一个重新做人的机会.我们愿意全力配合调查,帮助他尽快回归正轨, 再次感谢您抽出时间阅读这封信,期待您的回复,愿您身体康健! 此致  敬礼! 林丽华

A3

**Honorable Judge,**

Greetings!

In this letter, I write to you as a deeply worried and pleading mother, expressing my most sincere request. My son, a young man who once held lofty ideals and a strong sense of responsibility, has unfortunately become entangled in a money laundering case. This has left an indelible stain on his life's path and plunged our family into an unprecedented crisis.

Since October 2024, my husband, the other pillar of our family, has been repeatedly hospitalized due to long-term suffering from diabetes and multiple complications. Each hospitalization strikes us with a double blow, both financially and emotionally. The doctors have informed us that the road to treatment and recovery will be long and costly, which adds further hardship to a family already on the verge of collapse.

Before the incident, my son was the main breadwinner of the household. Through his hard work, he held up the sky for us; he supported our family and held everything together. His absence would cause our financial resources to abruptly vanish. As for me, being the mother and full time caregiver to my seriously ill husband, I am unable to work outside the home. As a result, our family is facing an extremely difficult financial situation.

I fully understand that everyone is equal before the law and that crime must be met with appropriate legal consequences. But as a mother, it is unbearable to watch our family fall apart completely due to one person's mistake. My husband needs ongoing treatment, our family needs to rebuild, and my son—who strayed from the right path—also needs the care and support of society to find his way back.

Therefore, I sincerely plead with the court and Your Honor to consider our family's circumstances when determining the sentence and to grant my son an opportunity to reform. I believe that this profound lesson will lead him to reflect deeply, and he will spend the rest of his life making amends and contributing positively to society.

On behalf of our entire family, I offer our heartfelt gratitude and utmost respect. May your judgment be like warm sunlight, illuminating the path ahead, helping us see hope in the midst of hardship, and letting love and forgiveness be the force to guide us out of the shadows.

With deepest respect,
**Dongzhu Huang**
**February 20, 2025**

尊敬的审判法官: 您好! 在这封信中, 我以一位满怀忧虑与恳求的母亲身份, 向您表达我最真挚的请求。我的儿子, 一个曾经满怀理想、勇于担当的年轻人, 不慎陷入了洗钱罪的泥潭, 这不仅给他自己的人生轨迹带来了不可磨灭的污点, 也让我们的家庭陷入了前所未有的困境。自去年2024年10月起, 我的丈夫, 这个家的另一根支柱, 因长期饱受糖尿病的折磨, 加之多种并发症的侵扰, 已多次住院治疗。每一次的入院, 都像是对我们家庭经济和心理的双重打击。医生告知, 后续的治疗与康复将是一个漫长且昂贵的过程, 这对于我们这个本就风雨飘摇的家庭而言, 无疑是雪上加霜。我的儿子, 在出事前, 他一直是这个家的经济支柱, 用他勤劳的双手为我们撑起了一片天。他如果缺席, 会让家庭的经济来源骤然中断, 而我, 作为母亲, 因需全心全意照料病重的丈夫, 也无法外出工作, 家庭的经济状况因此陷入了极度困难的境地。我深知, 法律面前人人平等, 犯罪必须承担相应的法律后果。但作为母亲, 我无法眼睁睁看着我的家庭因一个人的错误而彻底崩溃。我的丈夫需要持续的治疗, 我们的家庭需要重建, 而我那误入歧途的儿子, 也需要在社会的关怀与帮助下, 重新找回人生的方向。因此, 我恳请法庭及审判法官, 在量刑时能充分考虑我们家的实际情况, 给予我的儿子一个改过自新的机会。我相信, 经过这次深刻的教训, 他会深刻反省, 用余生去弥补自己的过错, 为社会做出积极的贡献。在此, 我代表我们全家, 向您表达最诚挚的感谢与敬意。愿您的裁决, 能如同温暖的阳光, 照亮我们前行的道路, 让我们在困境中看到希望, 让爱与宽恕成为指引我们走出阴霾的力量 。 此致 敬礼! 黄冬珠 2025/2/20

**Dear Honorable Judge,**

Hello. My name is Xingde Chen, and I am Changgui Huang's cousin. I am writing to you with deep sincerity to make a plea on his behalf. Although he committed the crime of money laundering in the United States, I believe that understanding his personal circumstances is essential for a fair evaluation of his actions.

From a young age, he grew up in a difficult environment. Despite this, he always remained optimistic and worked hard to improve himself. After moving to the United States, he faced immense cultural and financial pressure. The heavy debts his family owed, along with a lack of legal awareness, were among the factors that led him down the wrong path.

Since facing the charges, he has shown clear signs of reflection and remorse. He has engaged in deep self-examination and has come to understand the damage his actions have caused to both the law and social order. This is not only evident in his words but also in the steps he has taken to make amends.

I sincerely hope that Your Honor will grant him an opportunity to reform and start anew.

Sincerely,
**Xingde Chen**

***尊敬的法官大人*** 您好, 我叫陈兴德, 我是黄昌贵的表哥, 我非常诚挚的向您提出一个求情, 虽然他在美国犯下了洗钱的罪行, 但我认为了解他的真实情况对于公正地评估他的行为至关重要。自小, 他便在艰难的环境中长大, 尽管如此, 他始终保持乐观, 努力向上。移居美国后, 他面临了巨大的文化和经济压力, 他因家里欠下很多债务再加上法律意识淡薄这是他走上歧途的部分原因。自从面临指控以来, 他表现出了明显的反省和悔改。他开始了深刻的自我反思, 理解到自己的行为对法律和社会秩序的破坏性.这不仅体现在言语上, 更在于他所采取的实际行动。 望法官大人给他一次改过自新的机会。此致, 陈兴***德***

**Dear Honorable Judge,**

Greetings. I am the defendant's female cousin. My name is Xiuhua,Chen and on behalf of my family, I would like to express our deepest apologies for the crime my younger cousin has committed.

He has come to deeply recognize his wrongdoing and has broken down in tears before me  multiple times, lamenting his ignorance and expressing deep regret.

We are fully aware that his actions have caused harm to both society and our family, and we understand that he must take responsibility for what he has done.

However, we still respectfully hope that Your Honor can grant him an opportunity to reform. He has committed himself to self-improvement activities, such as participating in legal education courses, to gain a deeper understanding of how his actions have disrupted the legal and social order, and to ensure the integrity of his future conduct.

With utmost respect,
**Cousin: Xiuhua Chen**

尊敬的法官：

您好，我是被告人的表姐。我叫陈秀花，我代表我的家人向您表达我们对表弟所犯罪行的深切歉意。 他已经深刻的意识到自己错误了，已经好几次在我这里哭诉自己的无知，他后悔莫及。 我们深知他的错误给社会和家人带来了伤害，我们也明白他需要为自己的行为承担后果。 但在此，我们还是希望法官大人您能够给予他一次改过自新的机会。他投身于自我改善的活动中，如参与 法律教育课程，以深刻理解自己的行为对社会法律秩序造成的破坏，并确保自己未来行为的正直。 此致敬礼

表姐：陈秀花

**Dear Honorable Judge,**

Greetings!

My name is Fajun Huang, and I am the father of the defendant, Changgui Huang. I am writing this letter to express my respect for you and the court, and to plead for leniency on behalf of my son, Changgui Huang.

First, I would like to express my deepest apologies for the mistakes my son has made. His actions have violated the law and brought negative consequences to society, which is something we cannot accept. As his parents, we feel deeply responsible and heartbroken. We did not neglect his education, but clearly, we have failed in this regard, failed to the point where he has crossed the legal line.

I understand that no excuse can justify his actions, but he did fall into this path due to ignorance of the law and an unhealthy desire for money. In everyday life, he has always been a kind and compassionate person. This mistake was purely the result of momentary foolishness and blind following.

I hope the court can take into full consideration his ignorance and impulsiveness, as well as his deep awareness of and remorse for this mistake. He now fully understands the seriousness of his actions, deeply regrets what he has done, and is willing to accept the legal punishment, using this as a lesson to reform himself.

As his parents, we will also reinforce his education, helping him to fully grasp the seriousness of the law and the importance of morality. At the same time, we are willing to cooperate with the relevant authorities and contribute to public welfare, doing our part to promote social harmony and stability.

Finally, I once again request that you fully consider my son's situation and make a fair and just ruling. I know that everyone is equal before the law, but I hope that within the framework of the law, you can offer my son an opportunity for reform. I believe that with your fair judgment, he will be able to turn his life around and make positive contributions to society.

With utmost respect,
**Fajun Huang**

尊敬的法官大人：

您好！

我叫黄发俊，是本案被告人黄昌贵的父亲。我写这封信，是为了表达我对您及法庭的尊重，并为我的儿子黄昌贵求情。

首先，我想对我的儿子所犯的错误表示深深的歉意。他的行为触犯了法律，给社会带来了不良影响，这是我们所不能接受的。作为他的父母，我们深感自责，也深感痛心。我们并没有忽视对孩子的教育，但显然在这方面我们失败了，失败到甚至让他触碰到了法律的红线。

我明白，任何理由都不能为他的行为辩解，但他确实是因为对法律的无知和对金钱的贪欲而走上了这条路。他在生活中一直是一个善良、有同情心的人，这次的错误决定完全是因为一时的糊涂和盲目的跟从。

我希望法庭能够充分考虑他的无知和冲动，以及他对这次错误的深刻认识和悔改态度。他现在已经意识到自己的错误，对此深感后悔，并表示愿意接受法律的惩罚，以此为鉴，重新做人。

我们作为父母，也一定会加强对他的教育，让他真正认识到法律的严肃性和道德的重要性。同时，我们也愿意积极配合相关部门，为社会的公益事业做出贡献，以此为社会的和谐稳定尽一份绵薄之力。

最后，我再次请求您能够充分考虑我儿子的实际情况，给予公正的裁决。我知道法律面前人人平等，但我希望能够在法律的框架内，为我儿子提供一次改过自新的机会。我相信，在您公正的裁决下，他一定能够重新做人，为社会做出积极的贡献。

此致
敬礼

黄发俊

**Dear Honorable Judge,**

Greetings!

My name is Shuo Chen. On behalf of my friend, Changgui Huang, I am writing this letter to you in hopes of receiving your understanding and forgiveness.

My brother made a mistake due to a moment of impulsiveness, causing harm to society and the victim, for which he feels very guilty. He has now fully recognized his mistake and deeply regrets his actions.

Although the mistake has already occurred, we hope that you will consider his sincere remorse and positive attitude of his active cooperation with the authority, and grant him an opportunity to reform and turn over a new leaf.

With utmost respect,
**Friend: Shuo Chen**

尊敬的法官：

您好！

我叫陈烁。我代表我的朋友黄昌贵，写这封信给您，希望能得到您的理解和宽恕。我的兄弟因一时冲动，犯下了错误，给社会和受害人带来了不良影响，深感愧疚。他现在已经深刻认识到自己的错误，并深感后悔。

虽然错误已经发生，但我们希望您能考虑到他的真诚悔意和积极配合相关部门的态度，给予他一个改过自新的机会。

此致

敬礼

朋友：陈烁

**Dear Honorable Judge,**

Greetings. My name is Jiaxin Huang, and the defendant is my first cousin. He has always been a hardworking, kind, and responsible person. This offense was, in part, the result of a moment of confusion and also due to the financial difficulties of the family.

He feels deep remorse and guilt, and he is willing to accept the consequences of the law. As his family, we have deeply felt the pain caused by his mistake. Yet we also know that we must not give up on him. We believe he can find his way back to the right path and become someone who contributes positively to society.

Therefore, I respectfully and sincerely ask that Your Honor consider his actions as the result of a momentary lapse in judgment and a lack of understanding of the law, and grant him a lighter sentence. This would give him the opportunity to stand up again, take full responsibility for his actions, and work toward making a positive contribution to society.

Sincerely,
**Jiaxin Huang**

***尊敬的法官大人您好***，我叫黄嘉鑫，被告是我的堂哥，一直以来都是一个勤劳、善良、有责任心的人。他此次犯罪，一方面是因为一时迷茫，另一方面也是因为家庭经济困境。他深感悔恨和自责，愿意接受法律的制裁，我们作为他的家人，深知他的错误给我们全家带来的痛苦。但我们同样深知，我们不能放弃他，要重新找回正确的人生方向，成为一个对社会有益的人。 在此，我恳请您能够念在他是一时糊涂、和对法律的不了解，给予他一次轻判他的机会，让他能够有机会重新站起来，为自己的错误承担责任，并为社会作出积极的贡献。此***致 黄嘉鑫***

**Dear Honorable Judge,**

Greetings.

My name is Meizhu Chen, and I am the older female cousin of the defendant, Huang Changgui Huang. I am writing this letter to respectfully plead for leniency on his behalf.

Recently, he has been going through a very difficult and unfortunate period in his life. While he now stands before the court charged with conspiracy to commit money laundering, I truly believe that he did not act with malicious intent.

He has always been a kind-hearted and responsible person. I firmly believe that he was driven to this situation by hardship and a desperate need for money. He deeply regrets his actions and is willing to accept the legal consequences. I know he will learn from this experience and value his life more moving forward.

Moreover, he has always been a caring and responsible person toward his family, friends, and community. Imprisoning him would cause his loved ones tremendous pain and would bring hardship to his family, as well as a significant loss to the community. His child needs a father's love, and his elderly parents rely on his care.

Therefore, I sincerely ask you to consider a lighter sentence for him. I believe that if given the chance to correct his mistake, he will become someone who contributes positively to society. Your leniency would not only allow him to rebuild his life but would also bring hope and comfort to his family.

Thank you for taking the time to read this letter. I sincerely hope you will grant Changgui Huang a second chance.

Respectfully,
**Meizhu Chen**

*尊敬的法官*：您好！我是被告人黄昌贵的表姐，我叫陈美珠，我想向您为他求情。他最近一直遭受生活的困扰和不幸，虽然此次因被控串谋洗钱而站在法庭上，但他绝不是有意的。他一直是一个善良且责任心很强的人。我坚信，他是由于生活所迫和对金钱的迫切需求而陷入这种困境的。他对自己的行为深感懊悔，并且愿意接受法律的制裁。我知道他一定会从中吸取教训，未来更加珍惜自己的人生。此外，他对家人、朋友和社区都非常负责和关爱。他的入狱将会给他的家人带来巨大的伤痛，同时也会给社区带来不小的损失。他的孩子正需要父亲的关爱，他的父母也需要他的照顾。 因此，我恳请您能考虑对他从轻判决。我相信，给他一个改正错误的机会，他会成为一个对社会有用的人。您的宽大处理不仅可以帮助他重新开始生活，也会给他的家人带来希望和安慰。谢谢您抽出宝贵的时间阅读这封信。我衷心希望您能给予黄昌贵一个重新开始的机会。此致 敬礼！陈美**珠**

**Dear Honorable Judge,**

Greetings!

I am the maternal uncle of Changgui Huang, and I am writing this letter to respectfully request leniency on behalf of my nephew.

He has been charged with involvement in a money laundering case, and I feel deeply saddened by this situation. He has always been an honest, trustworthy, and hardworking young man. This mistake was entirely the result of a lack of legal awareness and a moment of greed.

He now fully understands the seriousness of his actions and feels deep remorse. Since the incident, he has actively cooperated with the authority and voluntarily disclosed all the facts. He has pledged to strictly abide by the law from now on and never repeat the same mistake.

I sincerely ask that you grant him an opportunity to reform and start over. I believe he will learn from this experience and grow into a better person.

Respectfully,
**Tianci Chen**

***尊敬的法官***：您好！我是黄昌贵的舅舅，我写这封信是为了请求您对外甥黄昌贵给予宽大处理。他因涉嫌洗钱罪被指控，我深感痛心。他一直以来都是一个诚实守信、勤劳努力的年轻人，这次犯错完全是出于对法律的无知和一时的贪念。他已经深刻认识到自己的错误，并对此深感后悔。他在案发后积极配合有***关部***门，并主动交代了所有的事实。他承诺以后会严格遵守法律法规，不再犯同样的错误。 我恳请您能够给予他一个改过自新的机会，让他有机会重新开始。我相信他能够从这次事件中吸取教训，成为一个更好的人。此***致*** 陈天赐